[No. 20449-5-II.    Division Two.    January 16, 1998.]

WEYERHAEUSER COMPANY, *Appellant*, v. HENRY O. FROST, ET AL., *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 95-2-01148-5, Gordon Godfrey, J., entered March 28, 1996. *Reversed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 20718-4-II.    Division Two.    January 16, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC SIMONSON, ET AL., *Appellants*, PIERCE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-08251-9, Vicki L. Hogan, J., entered April 22, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Hunt, JJ.

[No. 20780-0-II.    Division Two.    January 16, 1998.]

NORMAN F. BELL, *Appellant*, v. McCLATCHY NEWSPAPER, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-09534-5, Vicki L. Hogan, J., entered April 30, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Bridgewater, J.

[Nos. 20903-9-II; 21214-5-II.    Division Two.    January 16, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE DEYMAN PRICE, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, No. 96-1-00936-1; 96-1-01189-6, Sergio Armijo, J., entered July 11, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Seinfeld, JJ.